IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZETTE JANINE DE LA ROCHA and
GABRIELA A. PEREZ,

      Plaintiffs,                      No. CIV S-11-2789 KJM-JFM

  vs.

WELLS FARGO BANK, N.A.; et al.,

      Defendants.                   <u>ORDER</u>

_____/

        On October 21, 2011, plaintiffs, proceeding pro se, filed a complaint with this court stating various state and federal claims. (ECF 1.) On the same day, plaintiff filed a motion for a temporary restraining order and preliminary injunction enjoining defendants from foreclosing on their residence. (ECF 2.) Plaintiffs have not given notice of their motion to defendants or properly served defendants with the complaint. Accordingly, the court ORDERS as follows:

        (1) Plaintiff is ORDERED to provide notice to defendants Wells Fargo Bank, N.A.; Wachovia Mortgage; and Regional Trustee Services Corporation of the motion for a temporary restraining order and preliminary injunction no later than 3:00 pm PST on October 26, 2011. Such notice shall comply with Local Rule 231, which states: "Except in the most

1

1  extraordinary of circumstances, no temporary restraining order shall be granted in the absence of
2  actual notice to the affected party and/or counsel, by telephone or other means, or a sufficient
3  showing of efforts made to provide notice.  [] Appropriate notice would inform the affected party
4  and/or counsel of the intention to seek a temporary restraining order . . . and the nature of the
5  relief to be requested." Plaintiffs shall each submit a signed affidavit to this court by the close of
6  business on October 26, 2011 stating either their full compliance with this order or describing
7  their efforts to comply.
8         (2) Plaintiffs' request for a log-in for the electronic case filing system is
9  DENIED.  *See* E.D. Cal. Local Rule 133(b)(2).
10        IT IS SO ORDERED.
11 DATED:  October 24, 2011.

_____
UNITED STATES DISTRICT JUDGE