IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZETTE JANINE DE LA ROCHA, *et al.*,

    Plaintiffs,                     No. CIV 2:11-cv-2789-KJM-JFM (PS)

    vs.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.                <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On November 14, 2011, defendant Wells Fargo Bank, N.A., filed a motion for more definite statement pursuant to Fed. R. Civ. P. 12(e). No opposition to the motion has been filed.

        Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of December 15, 2011 is vacated. Hearing on defendant's motion for more definite statement is continued to January 12, 2012 at 11:00 a.m. in courtroom no. 26.

2. Plaintiffs shall file opposition, if any, to the motion for more definite statement, no later than December 29, 2011. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;dela2789.nooppo