IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZETTE JANINE DE LA ROCHA,
*et al.*,                                            No. CIV 2:11-cv-2789-KJM-JFM (PS)

                    Plaintiffs,

            vs.

WELLS FARGO BANK, N.A., *et al.*,

                    Defendants.                     ORDER

_____/

            Plaintiffs, proceeding pro se, have requested that this action be dismissed.
Pursuant to Fed. R. Civ. P. 41(a), plaintiffs' request shall be honored.

            Accordingly, IT IS HEREBY ORDERED that:

            1.  Plaintiffs' April 3, 2012 request is granted;

            2.  All dates set in this matter and all pending motions are vacated; and

            3.  This action is dismissed.

DATED: April 4, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;dela2789.59