IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZETTE JANINE DE LA ROCHA, *et al.*,

        Plaintiffs,

  vs.

WELLS FARGO BANK, N.A., *et al.*,

        Defendants.

No. CIV 2:11-cv-2789-KJM-JFM (PS)

ORDER

/

        Plaintiffs, proceeding pro se, have requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiffs' request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiffs' April 3, 2012 request is granted;

        2. All dates set in this matter and all pending motions are vacated; and

        3. This action is dismissed.

DATED: April 4, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;dela2789.59